No. 97–885.  ENGELHART ET AL. *v.* CONSOLIDATED RAIL CORPORATION ET AL., 522 U. S. 1147; and

No. 97–1527. RUCK *v.* UNITED TRANSPORTATION UNION, EXECUTIVE BOARD, ET AL., 523 U. S. 1078. Motions for leave to file petitions for rehearing denied.